NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIAN LONG USA INC., ) | |
| ) | |
| Plaintiff, ) | Hon. Garrett E. Brown, Jr. |
| ) | |
| v. ) | Civil Action No. 09-4189 (GEB) |
| ) | |
| F&L SHIPPING, INC., ) | **ORDER** |
| ) | |
| Defendant. ) | |

**BROWN, Chief Judge**

This matter having come before the Court upon the June 11, 2010 Report and Recommendation of the Honorable Magistrate Judge Madeline Cox Arleo (Doc. No. 13) recommending that the Court dismiss the Complaint (Doc. No. 1) filed by corporate Plaintiff Tian Long USA Inc. due to Plaintiff's failure to retain counsel; and the Court having reviewed the Report and Recommendation and the record; and the Court noting that review of a Magistrate Judge's report and recommendation, as well as objections to it, is governed by Local Civil Rule 72.1; and the Court further noting that the rule provides that the Court "shall make a *de novo* determination of those portions [of the report and recommendation] to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge," L. CIV. R. 72.1(c)(2); and the Court having noted that Plaintiff has not filed objection with this Court in regard to the Report and Recommendation and has failed to update its mailing address; and the Court having decided the matter without oral argument

pursuant to Federal Rule of Civil Procedure 78;

IT IS THIS 30th day of June, 2010, hereby

ORDERED the Court will adopt Judge Arleo's Report and Recommendation; and it is further

ORDERED that the Clerk's Office shall mail a copy of this Order to Plaintiff at his address of record within five days of this date.

                                                 S/Garrett E. Brown, Jr.
                                           Garrett E. Brown, Jr., Chief Judge
                                           United States District Court